# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

HAROLD OLENDA PEAGLER

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj63-VPM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2006__, in __Butler__ county and elsewhere within the __Middle__ District of __Alabama__, defendant(s), illegally possessed firearms that have traveled in interstate or foreign commerce, in violation of Title __18__ United States Code, Section(s) __922(g)(1)__. I further state that I am a(n) __Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

__June 26, 2006__ at __Montgomery, Alabama__
Date                                                                       City and State

__Judge Vanzetta P. McPherson, U. S. Magistrate Judge__
Name & Title of Judicial Officer                                    Signature of Judicial Officer

# AFFIDAVIT

I, Special Agent Jennifer A. Rudden, affiant, hereby depose and state the following:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Justice Department, and have been so employed since June 18, 2001. I have completed Criminal Investigator School at the Federal Law Enforcement Training Center and New Professional Training Program at the ATF National Academy. I am currently assigned to the Montgomery Field Office in Montgomery, Alabama. As a result of my training and on-the-job experience as an ATF Special Agent, I have become thoroughly knowledgeable in the violations of the Federal firearm, arson and explosive laws to include various criminal statutes enacted in the Gun Control Act of 1968 and those set forth in the National Firearms Act.

As a result of my training and experience as an ATF agent, I am familiar with the federal laws concerning the illegal possession of firearms. I know that it is illegal for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm that has affected interstate or foreign commerce.

On October 2, 2005, Troy Police Department responded to a shooting at the Wiley Sanders Lead Company, located in Troy Alabama. Edward Christ Still, Jr. had been shot three (3) times. Investigator Calista Everage, arrived on the scene and retrieved a loaded New England, .32 caliber revolver, serial no. NC020322. The revolver contained three (3) spent shell casings and two (2) live rounds. Further investigation revealed witnesses that stated they observed Edward Still and Harold PEAGLER in an altercation that resulted in a shooting. Witnesses advised officers that they observed Harold PEAGLER pull a gun out of his pants pocket and begin shooting Edward Still.

On June 16, 2006 Harold Olenda PEAGLER was indicted by a Federal Grand Jury for being a felon in possession of a firearm that has traveled in interstate commerce.

On June 21, 2006, US Marshal deputy Bob Wood and deputy Athen Reeves executed a Federal arrest warrant for Harold PEAGLER at his residence located at 2055 Poorhouse Road, Greenville Alabama.

Deputy Bob Wood and Athen Reeves located Harold PEAGLER in the driveway of his home and advised him that he had an outstanding Federal Warrant for firearm violations. PEAGLER indicated that he understood and then asked if he could go in his house to wash his hands and get a drink of water. Deputy Bob Wood and Athen Reeves escorted Harold PEAGLER into his home.

US Marshal deputy Wood and deputy Reeves and observed a JC Higgins, Model 58317, 12 gauge shotgun, serial no. unknown and a Marlin, Model 60W, .22L caliber, rifle, serial no. 05190340 in the corner by the front door. They advised Harold PEAGLER that he was a convicted felon and therefore they would have to take the two (2) firearms.

PEAGLER advised the deputies that "he only kept them for home protection". PEAGLER further advised that the .22 caliber rifle was loaded and that he had shells for the shotgun in his truck. PEAGLER retrieved five (5) shotgun shells behind the seat in a cup on the floorboard of his vehicle.

Alcohol, Tobacco, Firearms & Explosives Interstate Nexus Specialist, Theron Jackson determined that the said firearms were not manufactured in the State of Alabama and therefore must have traveled in interstate or foreign commerce.

Harold Olenda PEAGLER has been convicted of a felony offense in Butler County Circuit Court for Assault 2nd degree.

Based on the foregoing facts, I have probable cause to believe that on June 21, 2006, Harold Olenda PEAGLER, a convicted felon, illegally possessed firearms that have traveled in interstate or foreign commerce, in violation of Title 18, USC 922(g)(1). This occurred within Butler County, Middle District of Alabama.

Jennifer A. Rudden
Special Agent, ATF

Sworn to before me and subscribed in my presence this 26th day of June 2006, and I find probable cause exists.

United States Magistrate Judge