IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____    Crime of violence (18 U.S.C. 3156)

    _____    Maximum sentence of life imprisonment or death

    _____    10 + year drug offense

    _____    Felony, with two prior convictions in the above categories

    \_\_\_\_X\_\_\_\_    Serious risk the defendant will flee

    _____    Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    \_\_\_\_X\_\_\_\_    Defendant's appearance as required

    \_\_\_\_X\_\_\_\_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

|            | |
|------------|---|
| _____ | Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c) |
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond |
| _____ | A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above |

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

|            | |
|------------|---|
| _____ | At the initial appearance |
| ____X____  | After continuance of <u>3</u> days |

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 22nd day of June, 2006.

                LEURA GARRETT CANARY
                United States Attorney

                /s/ Christopher A. Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                christopher.a.snyder@usdoj.gov