IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon the motion of the government, it is ORDERED that a detention hearing is set for June 28, 2006 at 10:30 a.m. in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.  Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 23rd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE