**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

---

| | |
|---|---|
| ☐ INITIAL APPEARANCE | DATE: June 28, 2006 |
| ☐ BOND HEARING | |
| √ DETENTION HEARING | Digital Recording 11:18 - 12:34 |
| ☐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ☐ REMOVAL HEARING (R.40) | |
| ☐ ARRAIGNMENT | |

---

PRESIDING MAG. JUDGE: Susan Russ Walker    DEPUTY CLERK: Joyce Taylor

CASE NO. 2:06cr152-WHA    DEFENDANT NAME: Harold Olenda Peagler

AUSA: Christopher Snyder    DEFT. ATTY: Donnie Bethel

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

USPO/USPTS: Tamara Martin

Interpreter needed: (√) NO; ( )YES   Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**PROCEEDINGS:**

| | |
|---|---|
| **11:15 a.m.** | **Court convenes** |
| | **Mr. Bethel request that defendant's shackles be removed.** |
| | **Court's side bar with U. S. Marshal** |
| | **Court denies request for removal of shackles.** |
| **11:18 a.m.** | **Testimony begins.** |
| | **Government's direct examination. (Everage)** |
| **11:33 a.m.** | **Mr. Bethel's cross examination (Everage)** |
| **11:36 a.m.** | **Government's re-direct examination. (Everage)** |
| **11:37 a.m.** | **Mr. Bethel's re-cross examination. (Everage)** |
| **11:38 a.m.** | **Government's direct examination. (Wood)** |
| **11:43 a.m.** | **Mr. Bethel's cross examination. (Wood)** |
| **11:45 a.m.** | **Government's direct examination (Rudder)** |
| **11:49 a.m.** | **Mr. Bethel's cross examination. (Rudder)** |
| **11:51 a.m.** | **Government's re-direct examination. (Rudder)** |
| **11:52 a.m.** | **Government rests.** |
| **11:52 a.m. - 12:00 p.m.** | **BREAK (8 min)** |
| **12:00 p.m.** | **Mr. Bethel's direct examination (Taylor)** |
| **12:06 p.m.** | **Court's questions to witness. (Taylor)** |
| **12:09 p.m.** | **Mr. Bethel's continued direct examination. (Taylor)** |
| **12:10 p.m.** | **Government's cross examination. (Taylor)** |
| **12:18 p.m.** | **Mr. Bethel's direct examination (T. Peagler)** |
| **12:19 p.m.** | **Government's cross examination (T. Peagler)** |
| **12:21 p.m.** | **Mr. Bethel's direct examination (Juanita Peagler)** |
| **12:24 p.m.** | **Mr. Bethel's direct examination. (Jerri Peagler)** |
| **12:26 p.m.** | **Government's cross examination (Jerri Peagler)** |
| **12:27 p.m.** | **Mr. Bethel rests.** |
| | **Government has no rebuttal.** |
| **12:28 p.m.** | **Court will detain defendant.** |
| | **Mr. Bethel's ORAL MOTION to reconsider detention.** |
| | **Mr. Bethel's ORAL ARGUMENTS.** |
| **12:32 p.m.** | **Government's ORAL ARGUMENTS** |
| **12:34 p.m.** | **Court's ORAL ORDER denying defendant's ORAL MOTION to reconsider detention.** |
| | **Defendant remanded to custody of U. S. Marshal** |