IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     *
    *
VS.     *     206cr152-WHA
    *
HAROLD OLENDA PEAGLER     *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Calista Everage | 1. Bridget Taylor |
| 2. Robert Wood | 2. Thomas Peagler |
| 3. Jennifer Rudder | 3. Juanita Peagler |
|  | 4. Jerri Peagler |