≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |

| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
|---|---|
| V. | |
| HAROLD OLENDA PEAGLER | Case Number: 2:06cr152-WHA |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>Christopher Snyder | DEFENDANT'S ATTORNEY<br>Donnie Bethel |
|---|---|---|
| TRIAL DATE (S)<br>June 28, 2006 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/28/06 | | Yes | Photo |
| 2 | | 6/28/06 | | Yes | Photo |
| 3 | | 6/28/06 | | Yes | Photo |
| 4-10 | | 6/28/06 | | Yes | Photos |
| 11-16 | | 6/28/06 | | Yes | Photos |
| 17 | | 6/28/06 | | Yes | Copy of Consolidated Appearance Bond |
| 18 | | 6/28/06 | | Yes | Voluntary Statement - Harold Peagler |
| 19 | | 6/28/06 | | Yes | Voluntary Statement - Bridget Taylor |
| 20 | | 6/28/06 | | Yes | Voluntary Statement - Michael Taylor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages