**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-152-WHA** |
| | ) | |
| **HAROLD OLENDA PEAGLER** | ) | |

**MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **HAROLD OLENDA PEAGLER**, by undersigned counsel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter to the October trial term. In support of this motion, the Defendant would show the following:

1. This case is currently scheduled for a special setting on August 7, 2006.

2. Due to a recently discovered conflict of interest, undersigned counsel and the Federal Defenders Office must withdraw from representing Defendant. Replacement counsel for Defendant will be Mr. Bruce Maddox. Undesigned counsel has consulted with Mr. Maddox and briefed him on this case; Mr. Maddox will need additional time beyond August 7th to prepare for trial.

3. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, was filed with this Court on July 5, 2006.

4. The United States, through Assistant United States Attorney Christopher Snyder, has no opposition to a continuance.

5. The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the August 7, 2006 trial date.

Dated this 5th day of July, 2006

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-152-WHA** |
| | ) | |
| **HAROLD OLENDA PEAGLER** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49