FILED
JUL 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. **2:06-CR-152-WHA** |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | **FIRST SUPERCEDING** |
| | ) | **INDICTMENT** |
| | ) | |

The Grand Jury charges:

### COUNT 1

1. On or about October 2, 2005, in Pike County, within the Middle District of Alabama,

**HAROLD OLENDA PEAGLER**

having been convicted of the following offense, which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

(a) Assault in the Second Degree in the Circuit Court of Butler County, Alabama, Case No CC1995-080, on or about September 22, 1995,

did knowingly possess in and affecting commerce a firearm, to-wit: a New England Firearms, .32 revolver with serial number NC020322, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

2. Paragraph 1 of this Indictment is hereby repeated and incorporated herein by reference.

3. On or about June 21, 2006, in Butler County, within the Middle District of Alabama,

## HAROLD OLENDA PEAGLER

having been convicted of the felony offense described in Count 1 of the Indictment and which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama did knowingly possess in and affecting commerce the following firearms:

(a) a JC Higgins, Model 58317, 12 gauge shotgun with an unknown serial number; and

(b) a Marlin, Model 60W, .22L caliber rifle with serial number 05190340.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

4. Paragraphs 1-3 of this Indictment are hereby repeated and incorporated herein by reference.

5. On or about June 21, 2006, in Butler County, within the Middle District of Alabama,

## HAROLD OLENDA PEAGLER

having been convicted of the felony offense described in Count 1 of the Indictment and which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama did knowingly possess in and affecting commerce the following ammunition:

(a) Four Rounds of Winchester 12 Gauge Ammunition; and

  (b) One Round of Remington 12 Gauge Ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

  A. Counts 1, 2 and 3 of this Indictment is hereby repeated and incorporated herein by reference.

  B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1, 2, and/or 3 of this Indictment, the defendant,

**HAROLD OLENDA PEAGLER**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

  (1) One New England Firearms, .32 revolver with serial number NC020322.

  (2) One JC Higgins, Model 58317, 12 gauge shotgun with an unknown serial number; and

  (3) One Marlin, Model 60W, .22L caliber rifle with serial number 05190340.

  (4) Four Rounds of Winchester 12 Gauge Ammunition; and

  (5) One Round of Remington 12 Gauge Ammunition.

  C. If the property described in this forfeiture allegation, as a result of any act an omission of the defendant

  (1) cannot be located upon the exercise of due diligence;

(2)  has been transferred and sold to, and deposited with a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

the United States, pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of the defendant up to the value of any property described in paragraph B above, all in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
JOHN T. HARMON
Assistant United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney