IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **July 26, 2006** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **Harold Olenda Peagler**

before the United States District Court at Courtroom 4-A, on the **26th** day of **July,**

**2006** at **10:00** before Magistrate Judge Delores R. Boyd..

DONE, this the 17th day of July, 2005.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
         Deputy Clerk