IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr152-WHA |
| HAROLD OLENDA PEAGLER ) | |

**ORDER**

This case is before the court on the Motion to Continue Trial (Doc. #14), filed by the Defendant on July 5, 2006. The Defendant has filed a Waiver of Speedy Trial and the United States has no opposition.

For the reason that new counsel is assuming the defense and is in need of additional time to prepare, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby ORDERED as follows:

1. The motion is GRANTED, and the trial of this case is CONTINUED from the term of court commencing August 7, 2006, and is RESET for the term of court commencing Tuesday, October 24, 2006.

2. The Motion to Continue Trial representing that Bruce Maddox is assuming representation of the Defendant, the clerk is DIRECTED to mail a copy of this order to Mr. Maddox and Mr. Maddox is DIRECTED to promptly file a Notice of Appearance.

DONE this 18th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE