| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:15 - 3:18 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr152-WHA | **DEFENDANT(S)** Harold Olenda Peagler |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Bruce Maddox |

☐ **DISCOVERY STATUS:**
No problems - additional discovery to be given to defense counsel 7/18/06 regarding Superseding Indictment

☐ **PENDING MOTION STATUS:**
#14 - motion to continue trial and appoint Bruce Maddox pending

☐ **PLEA STATUS:**
No negotiations at this point
Plea notice to be filed on or before noon July 26, 2006

☐ **TRIAL STATUS**
Trial time - 2 days

☐ **REMARKS:**