IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-152-WHA** |
| ) | |
| **HAROLD OLENDA PEAGLER** ) | |

### MOTION TO WITHDRAW

**COMES NOW** undersigned counsel and moves to withdraw as counsel for **HAROLD OLENDA PEAGLER**. In support of this motion, undersigned counsel states:

1.  The Office of the Federal Defender has a recently discovered conflict of interest in its representation of Mr. Peagler. Undersigned counsel has informed Mr. Peagler of the conflict and of the necessity that undersigned counsel and the Office of the Federal Defender withdraw from representing him.

2.  Undersigned counsel requests that the Court appoint panel attorney Mr. Bruce Maddox as substitute counsel to represent Mr. Peagler.

**WHEREFORE**, undersigned counsel respectfully asks that this Motion be granted.

Dated this 18th day of July, 2006

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-152-WHA |
| | ) | |
| **HAROLD OLENDA PEAGLER** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher A. Snyder
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49