IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| V. | *   CASE NO. 2:2006-CR-152 |
| **HAROLD PEAGLER,** | * |
| **Defendant.** | * |

### NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance for Harold Peagler..

Respectfully submitted this the 20th day of July, 2006.

                  S/Bruce Maddox
                  Bruce Maddox (MAD013)
                  Attorney for Harold Peagler

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Harmon Asst. United States Attorney.

Respectfully submitted.

_____ S/Bruce Maddox
                  Of Counsel