IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

## **ORDER**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 21), filed July 18, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Accordingly, it is

ORDERED that CJA panel attorney Bruce Maddox be appointed to represent the defendant for all further proceedings.

DONE, this 21st day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE