| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 7-26-2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:32 – 10:44 am |
| | COURT REPORTER: |

☑ ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NUMBER: 2:06CR152-WHA    DEFENDANT NAME: Harold Olenda PEAGLER
AUSA: Snyder    DEFENDANT ATTORNEY: Bruce Maddox

Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

---

☑ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☑ Not Guilty
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):        ☐ dismissed on oral motion of USA
                               ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:    ☐ WAIVER OF SPEEDY TRIAL filed.
        DISCOVERY DISCLOSURE DATE: 7-26-06
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☑ Trial on 10-24-06; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel