**COURTROOM DEPUTY'S MINUTES**                    DATE: September 25, 2006

**MIDDLE DISTRICT OF ALABAMA**                    Digital Recording: 4:00 - 4:02

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**      **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr152-WHA**                   **DEFENDANT(S)   Harold Olenda Peagler**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs standing in for Christopher Snyder | * | Bruce Maddox |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Preliminary settlement discussions
   Probable plea
   Notice of intent to change plea to be filed on or before noon on October 11, 2006

☐ **TRIAL STATUS**
   Trial time - 1- 1 ½ days

☐ **REMARKS:**