IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CR. NO. 2:06cr-152-WHA |
| | * | |
| HAROLD OLENDA PEAGLER, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant Harold Olenda Peagler and gives notice of his intent to change his plea previously entered herein from Not Guilty to Guilty. The entry of a plea of Guilty will be a "blind plea" unless a plea agreement is reached prior to entry of same.

Respectfully submitted on this the 11th day of October 2006.

S/Bruce Maddox
BRUCE MADDOX (MAD0130
Attorney for Harold Peagler
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
FAX: (334) 269-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Christopher A. Snyder, Assistant United States Attorney.

Respectfully submitted.

S/Bruce Maddox
Of Counsel