| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 12, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 4:17 - 4:37 |
| | COURT REPORTER: Risa Entrekin |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr152-WHA                  **DEFENDANT NAME:** Harold Olenda Peagler
**AUSA:** Christopher Snyder                    **DEFENDANT ATTORNEY:** Bruce Maddox

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ **Not Guilty**
             √ **Guilty as to:**
                    √ **Count(s):**    1s - 3s    Superseding Indictment
                    ☐ **Count(s):**              ☐ dismissed on oral motion of USA
                                                 ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1s-3s of the **Superseding Indictment**
☐ **CRIMINAL TERM:**         ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
              ☐ Defendant requests time to secure new counsel