IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | CR. NO. 2:06-CR-152-WHA |
| v. ) | |
| ) | |
| **HAROLD OLENDA PEAGLER** ) | |
| ) | |

## United States's Motion to Continue Sentencing

The United States respectfully moves the Court to continue the sentencing in this case, which is currently scheduled for Thursday, January 4, 2007 at 10:00 a.m. The United States requests this relief for the following reasons:

1. This morning the United States received the Probation Officer's revised Presentence Investigation Report and corresponding addendum for this case.

2. The addendum recites five defense objections. The United States did not receive a copy of the defendant's objections until Thursday, December 28, 2006. Several of the Defendant's objections explicitly or implicitly challenge the Probation Officer's factual recitation of the offense conduct.

3. As a result of the objections, the United States has been in the process of gathering fact witnesses. Based upon the current objections, the United States expects to call between four and thirteen witnesses. Unfortunately, because of the Holiday Season, the upcoming New Year's Holiday, and the National Day of Mourning for President Ford, the

United States has had and will continue to have difficulty serving subpoenas on and preparing the witnesses for this sentencing hearing.

4.  The United States has attempted to contact Peagler's attorney, Bruce Maddox, Esq., but has been unable to reach him to receive his position on this matter.

Based on the facts stated above, the United States respectfully requests that the Court grant a brief continuance in this matter.

Respectfully submitted this 29th day of December, 2006.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Bruce Maddox.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney