IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )   CR NO. 2:06CR152-WHA |
| | ) |
| HAROLD OLENDA PEAGLER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the United States's Motion to Continue Sentencing (Doc. #35), and for good cause shown, the Motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant currently set for January 4, 2007 is continued and reset for Wednesday, January 10, 2007, at 2:00 p.m.

Done this 3rd day of January, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE