IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CR NO. 2:06CR152-WHA |
| ) | |
| HAROLD OLENDA PEAGLER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Due to a scheduling conflict, and for good cause shown, it is hereby

ORDERED that the sentencing of the Defendant currently set for January 10, 2007 is continued and reset for Thursday, February 1, 2007, at 2:00 p.m.

DONE this 5th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE