IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 FEB -2  P 2: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | CRIM. NO. 02:06cr152-WHA |
| HAROLD OLENDA PEAGLER | * |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes now Bruce Maddox, attorney of record in the above styled cause, and moves to withdraw as the attorney of record and as grounds therefor says as follows:

1. The Defendant's Notice of Appeal has been filed concurrently with this motion.

2. Counsel has an impending medical procedure which will prohibit counsel from handling Defendant's appeal in a timely manner.

Respectfully submitted this the 2nd day of February, 2007.

Bruce Maddox (MAD013)
Attorney for Defendant
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following by personal service or by U. S. Mail, properly addressed and postage prepaid on this the 2nd day of February, 2007.

Harold Olenda Peagler
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104

John T. Harmon
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197

Christopher A. Snyder
U. S. Attorney's Office
One Court Square
Suite 201
Montgomery, AL 36104

_____
Of Counsel