IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr152-WHA |
| HAROLD OLENDA PEAGLER | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on June 14, 2006, in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed on July 11, 2006.

Respectfully submitted this the 5th day of February, 2007.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CR. NO. 2:06cr152-WHA |
| HAROLD OLENDA PEAGLER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2007, I filed the foregoing with the Clerk of the Court and will mail copies of such filing to all attorneys of record.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov