IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06cr152-WHA |
| HAROLD OLENDA PEAGLER | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on June 14, 2006, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this  5th   day of February, 2007.

                                          /s/ W. Harold Albritton
                                          UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on June 14, 2006, in the above styled cause.

                                         Respectfully submitted,

                                         LEURA GARRETT CANARY
                                         UNITED STATES ATTORNEY

                                         /s/ Christopher A. Snyder
                                         CHRISTOPHER A. SNYDER
                                         Assistant United States Attorney
                                         One Court Square, Suite 201
                                         Montgomery, Alabama 36104
                                         Telephone: (334) 223-7280
                                         Fax: (334) 223-7135