IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

### **ORDER**

Upon consideration of defendant's attorney's motion to withdraw (Doc. # 42), filed February 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further

ORDERED that CJA panel attorney Dan Hamm be appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 5th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE