# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HAROLD OLENDA PEAGLER,<br>DEFENDANT | CASE NUMBER<br>2:06-CR-152-WHA |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 5th day of February, 2007.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 5th day of February, 2007.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Christopher A. Snyder
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197