IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
vs.                               )     Case No. 2:06cr152-WHA
                                  )
HAROLD OLENDA PEAGLER             )

## WITNESS LIST

### GOVERNMENT

    Det. Calista Everage
    Edward Still
    Richard Frost
    Michael Owens

### DEFENDANT

    Harold Peagler