AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

HAROLD OLENDA PEAGLER

**EXHIBIT LIST**

Case Number: 2:06cr152-WHA

| PRESIDING JUDGE W. Harold Albritton | PLAINTIFF'S ATTORNEY Christopher Snyder | DEFENDANT'S ATTORNEY Bruce Maddox |
|---|---|---|
| HEARING DATE: February 1, 2007 | COURT REPORTER Risa Entrekin | COURTROOM DEPUTY Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1-10 |   | 2/1/07 |   | X | Copies of photographs of crime scene and victim |
|   | 1 | 2/1/07 |   | X | Copy of Pike County Indictment |
|   | 2 | 2/1/07 |   | X | Copy of Pike County Case Action Summary sheet |
|   | 3 | 2/1/07 |   | X | Copy of statement of Michael Owens |

**EXHIBITS MAINTAINED IN SEPARATE ENVELOPE WITH COURT FILE.**

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages