## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 2007 FEB -2  P 1: 59 |
| | * | |
| | * | DEBRA P. HACKETT, CLK |
| v. | * | CRIM. NO. 02:06cr152-WHA   U.S. DISTRICT COURT |
| | * | MIDDLE DISTRICT ALA |
| HAROLD OLENDA PEAGLER | * | |
| | * | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Harold Olenda Peagler hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this case.

Bruce Maddox (MAD013)
Attorney for Defendant
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following by personal service or by U. S. Mail, properly addressed and postage prepaid on this the 2nd day of February, 2007.

Harold Olenda Peagler
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104

John T. Harmon
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197

Christopher A. Snyder
U. S. Attorney's Office
One Court Square
Suite 201
Montgomery, AL 36104

Of Counsel