IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr152-WHA |
| | ) | |
| HAROLD OLENDA PEAGLER | ) | |

<u>UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on February 2, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Harold Olenda Peagler to forfeit to the United States his interest in the following property:

> One New England Firearms, .32 Revolver, bearing serial number NC020322;
>
> One JC Higging, Model 58317, 12 Gauge Shotgun, serial number unknown;
>
> One Marlin, Model 60W, .22L Caliber Rifle, bearing serial number 05190340;
>
> Four Rounds of Winchester 12 Gauge Ammunition; and,
>
> One Round of Remington 12 Gauge Ammunition.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court

within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Independent</u> newspaper on March 22, 29 and April 5, 2007; and,

That no petitions of interest were filed within that thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 15th day of May, 2007.

```
                              FOR THE UNITED STATES ATTORNEY
                                   LEURA G. CANARY




                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560
                              E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder and Bruce Maddox.

                                            /s/John T. Harmon  
                                            John T. Harmon  
                                            Assistant United States Attorney