IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr152-WHA |
| ) | |
| HAROLD OLENDA PEAGLER ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on February 2, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Harold Olenda Peagler to forfeit his interest in the following property:

> One New England Firearms, .32 Revolver, bearing serial number NC020322;
>
> One JC Higging, Model 58317, 12 Gauge Shotgun, serial number unknown;
>
> One Marlin, Model 60W, .22L Caliber Rifle, bearing serial number 05190340;
>
> Four Rounds of Winchester 12 Gauge Ammunition; and,
>
> One Round of Remington 12 Gauge Ammunition.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Harold Olenda Peagler had an interest in the property that is subject to forfeiture pursuant to

Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.   The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One New England Firearms, .32 Revolver, bearing serial number NC020322;
>
> One JC Higging, Model 58317, 12 Gauge Shotgun, serial number unknown;
>
> One Marlin, Model 60W, .22L Caliber Rifle, bearing serial number 05190340;
>
> Four Rounds of Winchester 12 Gauge Ammunition; and,
>
> One Round of Remington 12 Gauge Ammunition.

    2.   All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

    3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

    4.   The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 16th day of May, 2007.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE