| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form* |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CR152-WHA |
|---|---|
| DEFENDANT<br>HAROLD OLENDA PEAGLER | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ONE NEW ENGLAND FIREARMS, .32 REVOLVER, SERIAL NUMBER NC020322 |
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*<br>c/o ATF&E, 2 North Jackson Street, Suite 404, Montgomery, Alabama 36104 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

AGENCY # 776045-06-0113

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>05/18/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service<br>05-23-07 | Time<br>12:00 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)