Judgment in Criminal Case
Imprisonment

HAROLD OLENDA PEAGLER
2:06cr152-WHA

Judgment — Page 2 of 7

RECEIVED
2007 JUN -4 P 1: 15

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**120 months.** This term consists of 120 months on each count to be served **concurrently**.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
JUN - 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __3-26-07__ to __USP ATL__
at __1721__ , with a certified copy of this judgment.

_Michael A. Zenk_
UNITED STATES MARSHAL
Warden

By _J. Furmanek_
DEPUTY UNITED STATES MARSHAL
Admin Tech