# United States Court of Appeals
For the Eleventh Circuit

No. 07-10543

District Court Docket No.
06-00152-CR-A-N

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug 3, 2007
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAROLD OLENDA PEAGLER,

Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Middle District of Alabama

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.



ISSUED AS MANDATE
SEP 0 4 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   August 3, 2007
For the Court:   Thomas K. Kahn, Clerk
By:   Jackson, Jarvis

2007 SEP -5 A 10: 38  RECEIVED